U.S. COURTS

MAY 24 2012

Rcvd_____Filed_____Time_____

ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

U.S. COURTS

MAY 23 2012

Rcvd_____Filed_____Time 10:55

ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Idaho

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Items of drug paraphernalia, as more particularly described ) Case No. MS 12-7292-CWD
in Attachment B, which are associated with the business )
known as OTHER WORLD GALLERY. )
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____Idaho_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Items of drug paraphernalia, as more particularly described in Attachment B, which are associated with the business known as OTHER WORLD GALLERY, which are subject to seizure and forfeiture under 21 U.S.C. Secs. 881(a)(3),(6),(10) and (b), 853(a)(1), (2) and (f) and 863(c), concerning violations of 21 U.S.C. Sec. 853, 863, 881 under 28 U.S.C. Sec. 2461.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   May 14, 2012
                                                                                       *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.       ☐ at any time in the day or night, as I find reasonable
                                                    cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Honorable Candy W. Dale_____.
                                                                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                      ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   May 9, 2012
                        6:04 p.m.                        _____
                                                               *Judge's signature*

City and state:  Boise, Idaho                       Honorable Candy W. Dale, U.S. Magistrate Judge
                                                          *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>MS12-7292-CWD | Date and time warrant executed:<br>5/10/2012   6:00 am | Copy of warrant and inventory left with:<br>Crystal Blumke |
| Inventory made in the presence of:<br>John Aldine |||
| Inventory of the property taken and name of any person(s) seized:<br>See attached |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned with the original warrant to the designated judge.

Date: 05-22-2012

Reviewed by: _____
Candy W. Dale
Chief, United States Magistrate Judge
Date: 5/24/2012

_____
*Executing officer's signature*

Special Agent Niles Gooding
*Printed name and title*

# Exhibit A

## OTHER WORLD GALLERY – 108 South 11th Street, Boise, Idaho

This business is located in a business complex on the 100 block of South 11th Street in Boise, Idaho. The complex is positioned on the east side of 11th Street and the main entrance faces west toward the street. The business is positioned between the address of 106 South 11th and the alley which runs east and west. The front entrance is a glass door with metal framing and the numbers 108 are prominently displayed in gold lettering on this front door. There are three large glass windows to the right of the front door when facing it with three smaller windows above the larger ones. The words "OTHER WORLD GALLERY" are displayed in these smaller windows in green and yellow lettering. There is also a smaller elevated window to the left of the front door when facing it.



Exhibit A

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Tom Blumke
108 S. 11th Boise

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 5-10-12

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 2 | Glass smoking devices | Evidence |
| 1 | Glass smoking pipe | " " |
| 7 | Glass smoking pipe | " " |
| 8 | Hookas | " " |
| 50 | "El Cheapo" 10g bottles | " " |
| 159 | "K4 XXX Gang potpourri 3g | " " |
| 3 | Notebooks | " " |
| 35 | "Love Roses" glass pipes | " " |
| 1 | Thumb drive | " " |
| — | Misc. Papers | " " |
| 118 | Glass smoking devices | " " |
| 2 | Glass bongs | " " |
| 1 | Smoking pipe | " " |
| 1 | T-shirt | " " |
| 4 | Glass smoking devices - Broken | " " |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
J. Aldne SA

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Tony Phillips Boise Police

FORM DEA-12 (9-00) Previous editions obsolete            Electronic Form Version Designed in JetForm 5.2 Version